Cite as 2020 Ark. App. 377

# ARKANSAS COURT OF APPEALS
DIVISION II
No. CR–19–964

| | |
|---|---|
| MARDRIEKUS BLAKES<br><br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br><br>APPELLEE | **Opinion Delivered:** September 9, 2020<br><br>APPEAL FROM THE CRITTENDEN COUNTY CIRCUIT COURT<br>[NO. 18CR-18-952]<br><br>HONORABLE JOHN N. FOGLEMAN, JUDGE<br><br>SUPPLEMENTAL ADDENDUM ORDERED |

## RITA W. GRUBER, Chief Judge

Appellant Mardriekus Blakes was convicted by a Crittenden County jury of two counts of attempted first-degree murder and four counts of felony terroristic act for shooting at two victims as they were leaving a convenience store in a pickup truck. Appellant challenges only the attempted-murder convictions on appeal. He alleges that the evidence was insufficient to prove that he purposely attempted to cause the victims' death. We do not address the merits of appellant's arguments because of deficiencies in the addendum, and we order rebriefing.

Arkansas Supreme Court Rule 4–2(a)(8) (2019) requires the appellant's brief to contain an addendum consisting of all documents in the record that are essential for the appellate court to confirm its jurisdiction, understand the case, and decide the issues on appeal. Here, appellant's sole point on appeal is a challenge to the sufficiency of the evidence

based on whether he had the requisite mental intent. He contends that the evidence did not sufficiently prove that he acted purposely because testimony was introduced that the bullets were not aimed at the occupants of the vehicle but at the hood. The State introduced into evidence and played for the jury a DVD surveillance video that captured the shooting, along with photos of the bullet-riddled pickup truck. Indeed, the prosecutor specifically mentioned the video in defending against appellant's motion for directed verdict on this issue, and the court mentioned the video in denying the motion. Appellant's addendum does not contain either the DVD surveillance video or the photos. Because they are essential for us to understand the case and decide the issue on appeal, we order appellant to submit a supplemental addendum that includes a copy of the DVD and the photos of the victims' truck. Appellant shall have seven calendar days to submit the supplemental addendum. Ark. Sup. Ct. R. 4–2(b)(4).

Supplemental addendum ordered.

ABRAMSON and KLAPPENBACH, JJ., agree.

*Bart Ziegenhorn*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Michael Zangari*, Ass't Att'y Gen., for appellee.